UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CRIMINAL NO.:
2:10CR045

CARLOS MARTEZ HODGES

### AMENDED ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On petition of William C. Martin, Acting United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby

ORDERED:

That a writ of habeas corpus ad prosequendum forthwith issue from this Court directed to the Coahoma County Jail, Clarksdale, Mississippi; the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of CARLOS MARTEZ HODGES before this Court at the United States Federal Building, Greenville, Mississippi, on August 11, 2010, at 9:00 A.M. for an initial appearance, and directing them to return forthwith thereafter the said CARLOS MARTEZ HODGES to the custody of the Coahoma County Jail, Clarksdale, Mississippi, at the conclusion of the above cause.

This, the 9th day of August, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE